# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NORMA SANDERS, INDIVIDUALLY
AND AS SPOUSE AND SOLE
SURVIVING HEIR OF GREGORY
SANDERS

VERSUS

SHERIFF SID GAUTREAUX
(INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITIES AS
SHERIFF OF THE EAST BATON
ROUGE PARISH), EDWARD FAGOT,
JR., WALTER CRAWFORD AND
JAMES HARBIN, II
(INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES AS
DEPUTIES FOR THE EAST BATON
ROUGE PARISH SHERIFF'S
OFFICE) AND XYZ INSURANCE
COMPANY

NO.  2022 CW 0915

**OCTOBER 27, 2022**

---

In Re:    Sheriff Sid J. Gautreaux, III, Sheriff of East Baton
          Rouge Parish, Edward Fagot, Jr., Walter Crawford, and
          James Harbin, II, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 654033.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**

    **Wolfe, J.,** dissents and would direct that the Clerk of this
court issue the Notice of Briefing Schedule pursuant to La. Code
Civ. P. art. 966(H) to the counsel of record herein.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT